B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cal-Sag Plumbing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-3335187** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1420 Edmonds Ave.**<br>**New Lenox, IL**<br>ZIP Code **60451** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **9418 Corsair Rd.**<br>**Units B & C**<br>**Frankfort, IL 60423** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cal-Sag Plumbing, Inc. |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Cal-Sag Plumbing, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Ean L. Kryska ARDC No.
Signature of Attorney for Debtor(s)

Ean L. Kryska ARDC No. 06286649
Printed Name of Attorney for Debtor(s)

SmithAmundsen LLC
Firm Name

150 North Michigan Avenue
Suite 3300
Chicago, IL 60601-7524
Address

312.894.3200  Fax: 312.894.3210
Telephone Number

August 13, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Charles H. Finn III
Signature of Authorized Individual

Charles H. Finn III
Printed Name of Authorized Individual

President
Title of Authorized Individual

August 13, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
Northern District of Illinois

In re  Cal-Sag Plumbing, Inc.                                Case No.
                        Debtor(s)                            Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:          79

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  August 13, 2010           /s/ Charles H. Finn III
                                 Charles H. Finn III/President
                                 Signer/Title

All-In-One-Rentals
202 East Maple Street
New Lenox, IL 60451


Allan J. Coleman Co.
5725 North Ravenswood Avenue
Chicago, IL 60660


American Express
Box 0001
Los Angeles, CA 90096


Angie's List
1030 East Washignton Street
Indianapolis, IN 46202


Answer Connect
P.O. Box 80040
Portland, OR 97280


AT&T
P.O. Box 8105
Aurora, IL 60507


AT&T Mobility
P.O. Box 6416
Carol Stream, IL 60197


Auburn Supply
3850 West 167th Street
Markham, IL 60428


Beaver Creek Enterprises
801 Rowell Avenue
Joliet, IL 60433


Berland's House of Tools
1530 Centre Circle Drive
Downers Grove, IL 60515


Bill Kay Ford
c/o Stephen S. Herseth
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606

Capitol One Bank
P.O. Box 6492
Carol Stream, IL 60197


Capitol One Bank
P.O. Box 71083
Charlotte, NC 28272


Chicago Journeyman
Plumber Union Local 130
1340 West Washington Boulevard
Chicago, IL 60607


Clarke's Trenching
6965 Margarets Courtyard
Tinley Park, IL 60477


CNH Capital
P.O. Box 3900
Lancaster, PA 17604


Coleman Properties


Comcast
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604


ComEd
PO Box 6111
Carol Stream, IL 60197


Connor Co.
694 Heartland Drive
Sugar Grove, IL 60554


Crawford Supply
9645 West Willow Lane
Mokena, IL 60448


Discover Card
P.O. Box 6103
Carol Stream, IL 60197

Diversified Adjustment Serv Sprint
P.O. Box 32145
Minneapolis, MN 55432


East Jordan Iron Works
Department 59601
P.O. Box 67000
Detroit, MI 48267


Fastenal
P.O. Box 1286
Winona, MN 55987


Ferguson Enterprises
1401 North Cicero Avenue
Chicago, IL 60651


Find A Plumber
44887 Emerson Drive
Whitman, NE 69366


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031-9003


Foster Painting
7287 East 5270 S. Road
Saint Anne, IL 60964


G&K Services
8201 S. Cork Ave.
Justice, IL 60458-1718


G.E. Kloos Material Co.
P.O. Box 516
Blue Island, IL 60406


Grainger
Dept. 874652332
Palatine, IL 60038


HD Supply Waterworks
P.O. Box 1419
Thomasville, GA 31799

Homepages
P.O. Box 982
DeKalb, IL 60115


Illinois Tollway
P.O. Box 5201
Lisle, IL 60532


IMarc, LLC
609 Ninth Street
P.O. Box 290
De Witt, IA 52742


James E. Hearns & Assoc.
600 East Lincoln Wighway
P.O. Box 399
New Lenox, IL 60451


Kelly Services
1212 Solutions Center
Chicago, IL 60677


Laborer's District Council
999 McClintock Drive #300
Willowbrook, IL 60527


Laborers International Union
of North America Local 5
134 North Halsted Street
Chicago Heights, IL 60411


Laner Muchin
515 North State Street #2800
Chicago, IL 60654


Leep's Supply Company
8001 Tyler Street
Merrillville, IN 46410


Liberty Surety First
9450 Seward Road
Fairfield, OH 45014

Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353


M&M Glass
4047 West 147th Street
Midlothian, IL 60445


M. Cooper Supply Co.
8605 Spring Lake Drive
Mokena, IL 60448


M. Cooper Supply Co.
8605 Spring Lake Drive
Mokena, IL 60448


Markelz Office Supplies
121F Airport Drive
Joliet, IL 60431


Meco Erection, Inc.
6180 GunClub Road
Morris, IL 60450


Medworks - Health Services Systems
P.O. Box 593
Bedford Park, IL 60499


Metropolitan Industries
37 Forestwood Drive
Romeoville, IL 60446


Micro-Base Technologies
10613 Connemara Court
Mokena, IL 60448


Nexstar Network
125 Little Canada Road W
Saint Paul, MN 55117


Nicor Gas
P.O. Box 0632
Aurora, IL 60507

Norwalk Tank Co.
2121 Maple Road
Joliet, IL 60432


NuWay Disposal Service
P.O. Box 9
Mokena, IL 60448


Plumbers Pipefitters
Local 422
2114 I-80 South Frontage Road
Joliet, IL 60436


RBS Worldpay
600 Morgan Falls Road
Atlanta, GA 30350


Receivable Management Corporation
400 West Cummings Park #4450
Woburn, MA 01801


Reliable Fire Equipment
12845 South Cicero Avenue
Alsip, IL 60803


Roberts Tire Homer Glen
15741 South Bell Road
Homer Glen, IL 60491


Robin Philip Jesk & Associates
15150 South Cicero Avenue
Oak Forest, IL 60452


Roche, Scholz, Roche & Walsh
10310 Orland Parkway #202
Orland Park, IL 60467


Safeguard
1129 Fairview Avenue
Westmont, IL 60559


Sam's Club Discovery/GEMB
P.O. Box 960013
Orlando, FL 32896

Servicemagic
14023 Denver West Parkway #200
Golden, CO 80401


SG Supply Co.
12900 South Throop Street
Riverdale, IL 60827


Sid Kamp, Inc.
8118 West 189th Street
Mokena, IL 60448


Smith Bros. Garden Center
2601 East Lincoln Highway
New Lenox, IL 60451


Sprint
P.O. Box 4181
Carol Stream, IL 60197


Statewide Supply
7352 Darlin Court #1
Dane, WI 53529


Stein & Rotman
Energy Innovations
105 West Madison Street
Chicago, IL 60602


Transport Towing, Inc.
2615 Brandon Road
Joliet, IL 60436


Tru-Blue Sewer & Water
P.O. Box 848
New Lenox, IL 60451


United Rentals
525 Julie Rivers #200
Sugar Land, TX 77478


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002

Village of Frankfort
432 West Nebraska Street
Frankfort, IL 60423


Vonage
Receivable Management Services
1000 Cir. 75 Parkway, Suite 400
Atlanta, GA 30339


William F. Meyer
2101 Weber Road
Crest Hill, IL 60403


Wolverine Brass, Inc.
P.O. Box 890713
Charlotte, NC 28289