# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAL-SAG PLUMBING, INC. | § | Case No. 10-36348 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/13/2010 . The undersigned trustee was appointed on 08/13/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 60,320.09 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 3,972.14 |
| Bank service fees | 501.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 55,846.60 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/14/2011 and the deadline for filing governmental claims was 03/04/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,266.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,266.00 , for a total compensation of $ 6,266.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 136.80 , for total expenses of $ 136.80 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/17/2013            By:/s/MICHAEL G. BERLAND
                                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No:      10-36348    BL   Judge: Bruce W. Black
Case Name:    CAL-SAG PLUMBING, INC.

For Period Ending: 07/17/13

Trustee Name:              MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 08/13/10 (f)
341(a) Meeting Date:       09/16/10
Claims Bar Date:           03/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. State Bank Of Countryside-scheduled | 801.51 | 0.00 | | 0.00 | FA |
| 2. First Midwest Bank-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Bank-scheduled | 2,199.98 | 0.00 | | 0.00 | FA |
| 4. 2 computers-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. 6 year old server-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6. Copier-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 7. 3 desks, file cabinets, chairs, furniture-schedu | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Machinery and equipment-scheduled | 34,800.00 | 0.00 | | 0.00 | FA |
| 9. Mitsuibshi forklift-scheduled Listed for $3000-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 10. 2003 Ford E-350 van-scheduled Listed for $2500-$3500 | Unknown | 0.00 | | 14,500.00 | FA |
| 11. 2003 Ford E-350 van-scheduled Listed for $2500-$3500 | Unknown | 0.00 | | 8,000.00 | FA |
| 12. 2005 Ford E-350 van-scheduled Listed for $3500-$6000 | Unknown | 0.00 | | 11,750.00 | FA |
| 13. 2005 Ford E350 van-scheduled Listed for $3500-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 14. 2003 Ford E-350Super Duty Van-scheduled Lited for $3500-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 15. 1999 International Straight truck-scheduled Listed for $6500-$7500 | Unknown | 0.00 | | 5,500.00 | FA |
| 16. 2000 Holden Trailer-scheduled Listed for $2500-$4000 | Unknown | 0.00 | | 3,500.00 | FA |
| 17. 2006 Ford F150-scheduled Listed for $12,000-$16,000 | Unknown | 0.00 | | 16,750.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 10-36348 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | | | Date Filed (f) or Converted (c): | 08/13/10 (f) |
| | | | | 341(a) Meeting Date: | 09/16/10 |
| | | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Bond refund-unscheduled (u) | 0.00 | 313.00 | | 313.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.09 | Unknown |
| TOTALS (Excluding Unknown Values) | $39,751.49 | $313.00 | | $60,320.09 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has liquidated certain vehicles. with court aproval. The Trustee liquidated another vehicle with bankrutpcy court approval. The Trustee employed an accoutant to prepare tax returns, which have been filed.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-36348 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | Bank Name: | The Bank of New York Mellon |
|  |  | Account Number / CD #: | *******4465 Money Market Account |
| Taxpayer ID No: | *******5187 |  |  |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/28/10 |  | American Auction Assocites | Payment of receits form auction sale per court order |  | 43,250.00 |  | 43,250.00 |
|  |  |  | DEPOSIT CHECK #4611 |  |  |  |  |
|  | 15 |  | Memo Amount: 5,500.00 | 1129-000 |  |  |  |
|  |  |  | Sale porceeds from 2005 Internation |  |  |  |  |
|  |  |  | Sale porceeds from 2005 International |  |  |  |  |
|  | 10 |  | Memo Amount: 7,750.00 | 1129-000 |  |  |  |
|  |  |  | Sale proceeds for 2003 Ford |  |  |  |  |
|  | 11 |  | Memo Amount: 8,000.00 | 1129-000 |  |  |  |
|  |  |  | Sale of 2005 Ford E 350 van |  |  |  |  |
|  | 12 |  | Memo Amount: 7,000.00 | 1129-000 |  |  |  |
|  |  |  | Sale of 2005 Ford 350 van |  |  |  |  |
|  | 10 |  | Memo Amount: 6,750.00 | 1129-000 |  |  |  |
|  |  |  | Sale of 2003 Ford van |  |  |  |  |
|  | 12 |  | Memo Amount: 4,750.00 | 1129-000 |  |  |  |
|  |  |  | Sale of 2003 Ford van |  |  |  |  |
|  | 16 |  | Memo Amount: 3,500.00 | 1129-000 |  |  |  |
|  |  |  | 2000 Holden trailer |  |  |  |  |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 |  | 43,250.03 |
| 10/29/10 |  | The Bank of New York Mellon | Backup Withholding posting | 2810-000 |  | 0.01 | 43,250.02 |
| 11/23/10 | 001001 | American Auction Associates | Payment of auctioneer's expenses per court order | 3620-000 |  | 1,719.83 | 41,530.19 |
| 11/24/10 |  | The Bank of New York Mellon | Backup Withholding posting | 2810-000 |  | -0.01 | 41,530.20 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 |  | 41,530.55 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 |  | 41,530.90 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 |  | 41,531.25 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 |  | 41,531.56 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 |  | 41,531.91 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 |  | 41,532.25 |

Page Subtotals  43,252.08  1,719.83

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | |
|---|---|
| Case No: | 10-36348 -BL |
| Case Name: | CAL-SAG PLUMBING, INC. |
| Taxpayer ID No: | *******5187 |
| For Period Ending: | 07/17/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4465 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/11 | 17 | American Auction Services | Sale of Ford 150 per court order by American Auction DEPOSIT CHECK #4641 | 1129-000 | 16,750.00 | | 58,282.25 |
| 05/09/11 | 18 | Al Haut Agency | Bond refund payment DEPOSIT CHECK #4465 | 1224-000 | 313.00 | | 58,595.25 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.30 | | 58,596.55 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 58,597.03 |
| 07/12/11 | 001002 | American Auction Associates | Payment of auctioneer's expenses per court order | 3620-000 | | 912.08 | 57,684.95 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.49 | | 57,685.44 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 57,685.92 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.34 | 57,551.58 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -109.34 | 57,660.92 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 57,661.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.43 | 57,542.96 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 57,543.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.30 | 57,429.14 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.46 | | 57,429.60 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.88 | 57,303.72 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.48 | | 57,304.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.74 | 57,186.46 |
| 01/18/12 | 001003 | Gloria Longest | Payment of accountant for preparation of tax returns per court order | 3410-000 | | 500.00 | 56,686.46 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.37 | | 56,686.83 |
| 01/25/12 | | Transfer to Acct #*******4794 | Bank Funds Transfer | 9999-000 | | 56,686.83 | 0.00 |

Page Subtotals  17,068.01  58,600.26

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-36348 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4465 Money Market Account |
| Taxpayer ID No: | *******5187 | | |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 43,250.00 | COLUMN TOTALS | 60,320.09 | 60,320.09 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 56,686.83 | |
| | | Subtotal | 60,320.09 | 3,633.26 | |
| Memo Allocation Net: | 43,250.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 60,320.09 | 3,633.26 | |

Page Subtotals        0.00        0.00

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver: 17.02e

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 10-36348 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | CAL-SAG PLUMBING, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******4466 Checking Account |
| Taxpayer ID No: | *******5187 | | |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals  0.00  0.00

UST Form 101-7-TFR (5/1/2011) (Page: 8)

Ver: 17.02c

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 10-36348 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | CAL-SAG PLUMBING, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4794 Checking Account |
| Taxpayer ID No: | *******5187 | | |
| For Period Ending: | 07/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******4465 | Bank Funds Transfer | 9999-000 | 56,686.83 | | 56,686.83 |
| 05/28/13 | 001001 | United States Treasury | Payment of taxes due IRS | 2810-000 | | 840.23 | 55,846.60 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 56,686.83 | 840.23 | 55,846.60 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | 56,686.83 | 0.00 | |
| | | | Subtotal | 0.00 | 840.23 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 840.23 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 43,250.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | | Money Market Account - *******4465 | 60,320.09 | 3,633.26 | 0.00 |
| | | | Checking Account - *******4466 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 43,250.00 | | Checking Account - *******4794 | 0.00 | 840.23 | 55,846.60 |
| | | | | 60,320.09 | 4,473.49 | 55,846.60 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 56,686.83 840.23

| | EXHIBIT C | |
|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | Date: July 17, 2013 |

Case Number: 10-36348
Debtor Name: CAL-SAG PLUMBING, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 040 5400-00 | Plumbers and Pipefitters Local 422 Pension and Wel c/o John F. Etzkorn, Arnold and Kadjan 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | Priority | | $5,435.83 | $0.00 | $5,435.83 |
| 000016A 040 5300-00 | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, Illinois 60603 Attn. Amelia Yabes | Priority | | $7,011.90 | $0.00 | $7,011.90 |
| 000001 070 7100-00 | Kelly Services Inc. 999 W. Big Beaver Troy, MI 48084 | Unsecured | | $90.75 | $0.00 | $90.75 |
| 000002 070 7100-00 | First Midwest Bank c/o Greiman, Rome & Griesmeyer, P.C. 200 W. Madison St, Ste 755 Chicago, IL 60606 | Unsecured | | $162,400.81 | $0.00 | $162,400.81 |
| 000004 070 7100-00 | Plumbers Pension Fund, Local 130, U.A., et al. c/o Douglas A. Lindsay Lewis, Overbeck, & Furman, LLP 20 North Clark Street Suite 3200 Chicago, Illinois 60602 | Unsecured | | $88,807.99 | $0.00 | $88,807.99 |
| 000005 070 7100-00 | Homepages P.O. Box 982 DeKalb, IL 60115 | Unsecured | | $5,429.09 | $0.00 | $5,429.09 |
| 000006 070 7100-00 | CNH Capital P.O. Box 1083 Evansville, IN 47706 | Unsecured | | $1,127.36 | $0.00 | $1,127.36 |
| 000007 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $1,501.97 | $0.00 | $1,501.97 |
| 000008 070 7100-00 | Reliable Fire Equipment 12845 South Cicero Avenue Alsip, IL 60803 | Unsecured | | $464.00 | $0.00 | $464.00 |
| 000009 070 7100-00 | Ohio Casualty c/o Stuart Allan & Associates, Inc 5447 East 5th St, Suite 110 Tucson, AZ 85711-2345 | Unsecured | | $32,500.00 | $0.00 | $32,500.00 |
| 000010 070 7100-00 | Wm. F. Meyer Co. 1855 East New York Street, P.O. Box 37 Aurora, IL 60507 | Unsecured | | $25,509.20 | $0.00 | $25,509.20 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 17, 2013 |
|---|---|---|---|---|---|---|
| Case Number: 10-36348 | | Claim Class Sequence | | | | |
| Debtor Name: CAL-SAG PLUMBING, INC. | | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | Metropolitan Industries<br>37 Forestwood Drive<br>Romeoville, IL 60446 | Unsecured | | $3,917.15 | $0.00 | $3,917.15 |
| 000013<br>070<br>7100-00 | IMarc, LLC<br>609 Ninth Street<br>P.O. Box 290<br>De Witt, IA 52742<br>Attn: Melissa Henson | Unsecured | | $575.35 | $0.00 | $575.35 |
| 000014<br>070<br>7100-00 | Energy Innovations<br>c/o Stein & Rotman<br>105 W. Madison St. #600<br>Chicago, Il 60602 | Unsecured | | $1,572.62 | $0.00 | $1,572.62 |
| 000015<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $3,579.17 | $0.00 | $3,579.17 |
| 000016B<br>070<br>7100-00 | Illinois Department of Employment<br>Security<br>33 South State Street 10th Floor<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Unsecured | | $130.00 | $0.00 | $130.00 |
| 000017<br>070<br>7100-00 | % AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | | $897.38 | $0.00 | $897.38 |
| 000018<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,428.62 | $0.00 | $1,428.62 |
| 000019<br>070<br>7100-00 | NuWay Disposal Service<br>P.O. Box 9<br>Mokena, IL 60448 | Unsecured | | $170.88 | $0.00 | $170.88 |
| 000020<br>070<br>7100-00 | Laborers' Pension and Welfare Fund<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604 | Unsecured | | $486,742.96 | $0.00 | $486,742.96 |
| 000003<br>050<br>4110-00 | SG Supply Co.<br>c/o Emalfarb, Swan & Bain<br>440 Central Avenue<br>Highland Park, IL 60035 | Secured | | $0.00 | $0.00 | $0.00 |

| Page 3 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: July 17, 2013 |

Case Number:  10-36348  
Debtor Name:  CAL-SAG PLUMBING, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $829,293.03 | $0.00 | $829,293.03 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-36348
Case Name: CAL-SAG PLUMBING, INC.
Trustee Name: MICHAEL G. BERLAND

Balance on hand $ 55,846.60

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,266.00 | $ 0.00 | $ 6,266.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 136.80 | $ 0.00 | $ 136.80 |

Total to be paid for chapter 7 administrative expenses $ 6,402.80

Remaining Balance $ 49,443.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,447.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Plumbers and Pipefitters Local 422 Pension and Wel | $ 5,435.83 | $ 0.00 | $ 5,435.83 |
| 000016A | Illinois Department of Employment Security | $ 7,011.90 | $ 0.00 | $ 7,011.90 |

Total to be paid to priority creditors         $        12,447.73

Remaining Balance                              $        36,996.07

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 816,845.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kelly Services Inc. | $ 90.75 | $ 0.00 | $ 4.11 |
| 000002 | First Midwest Bank | $ 162,400.81 | $ 0.00 | $ 7,355.36 |
| 000004 | Plumbers Pension Fund, Local 130, U.A., et al. | $ 88,807.99 | $ 0.00 | $ 4,022.24 |
| 000005 | Homepages | $ 5,429.09 | $ 0.00 | $ 245.89 |
| 000006 | CNH Capital | $ 1,127.36 | $ 0.00 | $ 51.06 |
| 000007 | Capital One Bank (USA), N.A. | $ 1,501.97 | $ 0.00 | $ 68.03 |
| 000008 | Reliable Fire Equipment | $ 464.00 | $ 0.00 | $ 21.02 |
| 000009 | Ohio Casualty c/o | $ 32,500.00 | $ 0.00 | $ 1,471.97 |
| 000010 | Wm. F. Meyer Co. | $ 25,509.20 | $ 0.00 | $ 1,155.34 |
| 000012 | Metropolitan Industries | $ 3,917.15 | $ 0.00 | $ 177.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | IMarc, LLC | $ 575.35 | $ 0.00 | $ 26.06 |
| 000014 | Energy Innovations | $ 1,572.62 | $ 0.00 | $ 71.23 |
| 000015 | American Express Bank, FSB | $ 3,579.17 | $ 0.00 | $ 162.11 |
| 000016B | Illinois Department of Employment Security | $ 130.00 | $ 0.00 | $ 5.89 |
| 000017 | % AT&T Services Inc. | $ 897.38 | $ 0.00 | $ 40.64 |
| 000018 | GE Money Bank | $ 1,428.62 | $ 0.00 | $ 64.70 |
| 000019 | NuWay Disposal Service | $ 170.88 | $ 0.00 | $ 7.74 |
| 000020 | Laborers' Pension and Welfare Fund | $ 486,742.96 | $ 0.00 | $ 22,045.27 |

Total to be paid to timely general unsecured creditors $ 36,996.07

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE