**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAL-SAG PLUMBING, INC. | § | Case No. 10-36348 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/27/2013 in Courtroom ,

Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/15/2013 By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAL-SAG PLUMBING, INC. | § | Case No. 10-36348 |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 60,320.09 |
| and approved disbursements of | $ | 4,473.49 |
| leaving a balance on hand of[1] | $ | 55,846.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,266.00 | $ 0.00 | $ 6,266.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 136.80 | $ 0.00 | $ 136.80 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,402.80 |
| Remaining Balance | $ | 49,443.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,447.73 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Plumbers and Pipefitters Local 422 Pension and Wel | $ 5,435.83 | $ 0.00 | $ 5,435.83 |
| 000016A | Illinois Department of Employment Security | $ 7,011.90 | $ 0.00 | $ 7,011.90 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 12,447.73 |
| Remaining Balance | $ 36,996.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 816,845.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kelly Services Inc. | $ 90.75 | $ 0.00 | $ 4.11 |
| 000002 | First Midwest Bank | $ 162,400.81 | $ 0.00 | $ 7,355.36 |
| 000004 | Plumbers Pension Fund, Local 130, U.A., et al. | $ 88,807.99 | $ 0.00 | $ 4,022.24 |
| 000005 | Homepages | $ 5,429.09 | $ 0.00 | $ 245.89 |
| 000006 | CNH Capital | $ 1,127.36 | $ 0.00 | $ 51.06 |
| 000007 | Capital One Bank (USA), N.A. | $ 1,501.97 | $ 0.00 | $ 68.03 |
| 000008 | Reliable Fire Equipment | $ 464.00 | $ 0.00 | $ 21.02 |
| 000009 | Ohio Casualty c/o | $ 32,500.00 | $ 0.00 | $ 1,471.97 |
| 000010 | Wm. F. Meyer Co. | $ 25,509.20 | $ 0.00 | $ 1,155.34 |
| 000012 | Metropolitan Industries | $ 3,917.15 | $ 0.00 | $ 177.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | IMarc, LLC | $ 575.35 | $ 0.00 | $ 26.06 |
| 000014 | Energy Innovations | $ 1,572.62 | $ 0.00 | $ 71.23 |
| 000015 | American Express Bank, FSB | $ 3,579.17 | $ 0.00 | $ 162.11 |
| 000016B | Illinois Department of Employment Security | $ 130.00 | $ 0.00 | $ 5.89 |
| 000017 | % AT&T Services Inc. | $ 897.38 | $ 0.00 | $ 40.64 |
| 000018 | GE Money Bank | $ 1,428.62 | $ 0.00 | $ 64.70 |
| 000019 | NuWay Disposal Service | $ 170.88 | $ 0.00 | $ 7.74 |
| 000020 | Laborers' Pension and Welfare Fund | $ 486,742.96 | $ 0.00 | $ 22,045.27 |

Total to be paid to timely general unsecured creditors $ 36,996.07

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Cal-Sag Plumbing, Inc.
Debtor

Case No. 10-36348-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: rgreen Page 1 of 4 Date Rcvd: Aug 15, 2013
Form ID: pdf006 Total Noticed: 95

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2013.

db +Cal-Sag Plumbing, Inc., 1420 Edmonds Ave., New Lenox, IL 60451-1897
15993976 +All-In-One-Rentals, 202 East Maple Street, New Lenox, IL 60451-1836
15993977 +Allan J. Coleman Co., 5725 North Ravenswood Avenue, Chicago, IL 60660-3913
15993978 +American Express, Box 0001, Los Angeles, CA 90096-8000
16832898 American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701
15993979 +Angie’s List, 1030 East Washignton Street, Indianapolis, IN 46202-3902
15993980 +Answer Connect, P.O. Box 80040, Portland, OR 97280-1040
15993983 +Auburn Supply, 3850 West 167th Street, Markham, IL 60428-5306
15993984 +Beaver Creek Enterprises, 801 Rowell Avenue, Joliet, IL 60433-2524
15993985 #+Berland’s House of Tools, 1530 Centre Circle Drive, Downers Grove, IL 60515-1019
15993986 +Bill Kay Ford, c/o Stephen S. Herseth, 10 S. Wacker Dr., Suite 2300, Chicago, IL 60606-7509
15993991 +CNH Capital, P.O. Box 3900, Lancaster, PA 17604-3900
16628086 Capital One Bank (USA), N.A., by American Infosource Lp As Agent, PO Box 71083, Charlotte, NC 28272-1083
15993988 +Capitol One Bank, P.O. Box 71083, Charlotte, NC 28272-1083
15993987 +Capitol One Bank, P.O. Box 6492, Carol Stream, IL 60197-6492
15993989 +Chicago Journeyman, Plumber Union Local 130, 1340 West Washington Boulevard, Chicago, IL 60607-1987
15993990 +Clarke’s Trenching, 6965 Margarets Courtyard, Tinley Park, IL 60477-1784
15993993 +Comcast, CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, IL 60604-1135
15993995 +Connor Co., 694 Heartland Drive, Sugar Grove, IL 60554-9587
15993996 +Crawford Supply, 9645 West Willow Lane, Mokena, IL 60448-9394
15993998 +Diversified Adjustment Serv Sprint, P.O. Box 32145, Minneapolis, MN 55432-0145
15993999 +East Jordan Iron Works, Department 59601, P.O. Box 67000, Detroit, MI 48267-0002
16738210 +Energy Innovations, c/o Stein & Rotman, 105 W. Madison St. #600, Chicago, Il 60602-4672
15994000 +Fastenal, P.O. Box 1286, Winona, MN 55987-7286
15994002 +Find A Plumber, 44887 Emerson Drive, Whitman, NE 69366-4702
16063297 +Finn Jr., Charles H., 13207 W Regan Rd., Mokena, IL 60448-8706
16022353 +First Midwest Bank, c/o Greiman, Rome & Griesmeyer, P.C., 200 W. Madison St, Ste 755, Chicago, IL 60606-3552
15994004 Foster Painting, 7287 East 5270 S. Road, Saint Anne, IL 60964
15994005 G&K Services, 8201 S. Cork Ave., Justice, IL 60458-1718
15994006 +G.E. Kloos Material Co., P.O. Box 516, Blue Island, IL 60406-0516
15994008 +HD Supply Waterworks, P.O. Box 1419, Thomasville, GA 31799-1419
16063295 +Hartz Construction Co., Inc., 9026 Heritage Parkway, Woodridge, IL 60517-4939
15994009 +Homepages, P.O. Box 982, DeKalb, IL 60115-0982
15994011 +IMarc, LLC, 609 Ninth Street, P.O. Box 290, De Witt, IA 52742-0290, Attn: Melissa Henson
16063310 +Ill Department of Employment Sec, 16845 S Halsted, Harvey, IL 60426-6113
16850635 +Illinois Department of Employment Security, 33 South State Street 10th Floor, Chicago, Illinois 60603-2808, Attn. Amelia Yabes
15994010 +Illinois Tollway, P.O. Box 5201, Lisle, IL 60532-5201
15994012 +James E. Hearns & Assoc., 600 East Lincoln Wighway, P.O. Box 399, New Lenox, IL 60451-0399
15994013 +Kelly Services, 1212 Solutions Center, Chicago, IL 60677-1002
16162279 +Kelly Services Inc., 999 W. Big Beaver, Troy, MI 48084-4716
16019033 +Kuhlman Properties, Inc., 8805 W. 92nd Pl., Hickory Hills, IL 60457-1645
15994015 +Laborers International Union, of North America Local 5, 134 North Halsted Street, Chicago Heights, IL 60411-1250
17273865 +Laborers’ Pension and Welfare Fund, 111 W. Jackson Blvd., Suite 1415, Chicago, IL 60604-3868
15994016 +Laner Muchin, 515 North State Street #2800, Chicago, IL 60654-4688
15994017 +Leep’s Supply Company, 8001 Tyler Street, Merrillville, IN 46410-5345
15994018 +Liberty Surety First, 9450 Seward Road, Fairfield, OH 45014-5412
15994020 +M&M Glass, 4047 West 147th Street, Midlothian, IL 60445-3397
15994021 +M. Cooper Supply Co., 8605 Spring Lake Drive, Mokena, IL 60448-8164
15994022 +Markelz Office Supplies, 121F Airport Drive, Joliet, IL 60431-7967
15994023 +Meco Erection, Inc., 6180 GunClub Road, Morris, IL 60450-8999
15994024 +Medworks - Health Services Systems, P.O. Box 593, Bedford Park, IL 60499-0593
15994026 +Micro-Base Technologies, 10613 Connemara Court, Mokena, IL 60448-7733
15994029 +Norwalk Tank Co., 2121 Maple Road, Joliet, IL 60432-9642
15994030 +NuWay Disposal Service, P.O. Box 9, Mokena, IL 60448-0009
16633046 Ohio Casualty c/o, Stuart Allan & Associates, Inc, 5447 East 5th St, Suite 110, Tucson, AZ 85711-2345
16415542 +Plumbers Pension Fund, Local 130, U.A., et al., c/o Douglas A. Lindsay, Lewis, Overbeck, & Furman, LLP, 20 North Clark Street Suite 3200, Chicago, Illinois 60602-5093
15994031 Plumbers Pipefitters, Local 422, 2114 I-80 South Frontage Road, Joliet, IL 60436
16701407 +Plumbers and Pipefitters Local 422 Pension and Wel, c/o John F. Etzkorn, Arnold and Kadjan, 19 W. Jackson Blvd., Suite 300, Chicago, IL 60604-3910
15994032 +RBS Worldpay, 600 Morgan Falls Road, Atlanta, GA 30350-5810
15994033 +Receivable Management Corporation, 400 West Cummings Park #4450, Woburn, MA 01801-6594
15994034 +Reliable Fire Equipment, 12845 South Cicero Avenue, Alsip, IL 60803-3083
15994035 +Roberts Tire Homer Glen, 15741 South Bell Road, Homer Glen, IL 60491-6918
15994036 +Robin Philip Jesk & Associates, 15150 South Cicero Avenue, Oak Forest, IL 60452-2402
15994041 +SG Supply Co., c/o Emalfarb, Swan & Bain, 440 Central Avenue, Highland Park, IL 60035-2688
16243144 +SG Supply Co., 12900 S. Throop St., Calumet Park, IL 60827-6499

15994038 +Safeguard, 1129 Fairview Avenue, Westmont, IL 60559-2709
15994040 +Servicemagic, 14023 Denver West Parkway #200, Golden, CO 80401-3259
15994042 +Sid Kamp, Inc., 8118 West 189th Street, Mokena, IL 60448-8840
15994043 +Smith Bros. Garden Center, 2601 East Lincoln Highway, New Lenox, IL 60451-9765
15994045 +Statewide Supply, 7352 Darlin Court #1, Dane, WI 53529-9650
15994046 +Stein & Rotman, Energy Innovations, 105 West Madison Street, Chicago, IL 60602-4602
15994047 +Transport Towing, Inc., 2615 Brandon Road, Joliet, IL 60436-9505
15994048 +Tru-Blue Sewer & Water, P.O. Box 848, New Lenox, IL 60451-0848
15994050 +Verizon Wireless, P.O. Box 25505, Lehigh Valley, PA 18002-5505
15994051 +Village of Frankfort, 432 West Nebraska Street, Frankfort, IL 60423-4001
15994052 +Vonage, Receivable Management Services, 1000 Cir. 75 Parkway, Suite 400, Atlanta, GA 30339-6051
15994053 +William F. Meyer, 2101 Weber Road, Crest Hill, IL 60403-1984
16639246 +Wm. F. Meyer Co., 1855 East New York Street, P.O. Box 37, Aurora, IL 60507-0037
15994054 +Wolverine Brass, Inc., P.O. Box 890713, Charlotte, NC 28289-0713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16901455 +E-mail/Text: g17768@att.com Aug 16 2013 00:19:34 % AT&T Services Inc., Attorney: James Grudus, Esq., One AT&T Way, Room 3A218, Bedminster, NJ 07921-2693
15993981 +E-mail/Text: g17768@att.com Aug 16 2013 00:19:34 AT&T, P.O. Box 8105, Aurora, IL 60507-8105
15993982 +E-mail/Text: g20956@att.com Aug 16 2013 00:18:49 AT&T Mobility, P.O. Box 6416, Carol Stream, IL 60197-6416
15993994 +E-mail/Text: legalcollections@comed.com Aug 16 2013 00:18:51 ComEd, PO Box 6111, Carol Stream, IL 60197-6111
15993997 +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 16 2013 00:29:17 Discover Card, P.O. Box 6103, Carol Stream, IL 60197-6103
15994003 E-mail/Text: fmb.bankruptcy@firstmidwest.com Aug 16 2013 00:20:39 First Midwest Bank, P.O. Box 9003, Gurnee, IL 60031-9003
16931128 E-mail/PDF: rmscedi@recoverycorp.com Aug 16 2013 00:22:13 GE Money Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605
15994007 +E-mail/Text: scd_bankruptcynotices@grainger.com Aug 16 2013 00:20:14 Grainger, Dept. 874652332, Palatine, IL 60038-0001
15994014 +E-mail/Text: akrestel@cvldc.org Aug 16 2013 00:20:22 Laborer’s District Council, 999 McClintock Drive #300, Willowbrook, IL 60527-0824
15994019 +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 00:22:57 Lowe’s Business Account, P.O. Box 530970, Atlanta, GA 30353-0970
15994025 +E-mail/Text: dahrendt@metropolitanind.com Aug 16 2013 00:20:11 Metropolitan Industries, 37 Forestwood Drive, Romeoville, IL 60446-1343
15994027 +E-mail/Text: tonyf@nexstarnetwork.com Aug 16 2013 00:19:41 Nexstar Network, 125 Little Canada Road W, Saint Paul, MN 55117-1439
15994028 +E-mail/Text: bankrup@aglresources.com Aug 16 2013 00:17:52 Nicor Gas, P.O. Box 0632, Aurora, IL 60507-0632
15994044 E-mail/Text: appebnmailbox@sprint.com Aug 16 2013 00:18:20 Sprint, P.O. Box 4181, Carol Stream, IL 60197
15994039 +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 00:23:49 Sam’s Club Discovery/GEMB, P.O. Box 960013, Orlando, FL 32896-0013
15994049 +E-mail/Text: unitedrentalsap@sourcenetsolutions.com Aug 16 2013 00:20:40 United Rentals, 525 Julie Rivers #200, Sugar Land, TX 77478-2845

TOTAL: 16

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15993992 Coleman Properties
16602938 ##+CNH Capital, P.O. Box 1083, Evansville, IN 47706-1083
15994001 ##+Ferguson Enterprises, 1401 North Cicero Avenue, Chicago, IL 60651-1600
16063296 ##+Finn III, Charles H., 1420 Edmonds Ave., New Lenox, IL 60451-1897
15994037 ##+Roche, Scholz, Roche & Walsh, 10310 Orland Parkway #202, Orland Park, IL 60467-5604

TOTALS: 1, * 0, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2013** **Signature:** Joseph Speetjens

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

Brian T Bedinghaus on behalf of Creditor The Plumbing Council of Chicagoland bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor Chicago Journeymen Plumbers' Local Union 130, U.A. bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A. bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor Plumbers Retirement Saving Fund bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor Plumbers' Welfare Fund Local 130, U.A. bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor Plumbers' Pension Fund Local 130, U.A. bbedinghaus@ralaw.com, casedocket@ralaw.com
Brian T Bedinghaus on behalf of Creditor Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund bbedinghaus@ralaw.com, casedocket@ralaw.com
Christina K Krivanek on behalf of Creditor Laborers' Pension and Welfare Funds for the Health & Welfare Department of the Construction & General Laborers' District Council of Chicago and Vicinity and James S Jorgensen christinak@chilpwf.com, fundcounsel@gmail.com;vedranaa@chilpwf.com
Douglas A. Lindsay on behalf of Creditor Plumbers' Welfare Fund Local 130, U.A. dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor Plumbers' Pension Fund Local 130, U.A. dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com, casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A. dlindsay@ralaw.com, rparizek@ralaw.com, skoutsis@ralaw.com,casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor Chicago Journeymen Plumbers' Local Union 130, U.A. dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor Plumbers Retirement Saving Fund dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
Douglas A. Lindsay on behalf of Creditor The Plumbing Council of Chicagoland dlindsay@ralaw.com, rparizek@ralaw.com,skoutsis@ralaw.com,casedocket@ralaw.com
Ean L Kryska on behalf of Debtor Cal-Sag Plumbing, Inc. ekryska@salawus.com, jadams@salawus.com
Gloria M Longest on behalf of Trustee Michael G Berland glongest@cbcast.com, glongst@cbcast.com
John Hamada on behalf of Creditor Laborers' Pension and Welfare Funds for the Health & Welfare Department of the Construction & General Laborers' District Council of Chicago and Vicinity and James S Jorgensen johnhamada@gmail.com, johnh@chilpwf.com;vedranaa@chilpwf.com
Michael G Berland einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 20