# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAL-SAG PLUMBING, INC. | § | Case No. 10-36348 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/MICHAEL G. BERLAND

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank 1 Pierce Place Suite 1500 Itasca, IL 60143 | | | | | |
| 000003 | SG SUPPLY CO. | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| TREASURY, UNITED STATES | | | | | |
| The Bank of New York Mellon | | | | | |
| Gloria Longest | | | | | |
| American Auction Associates | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sullivan, James T., trustee 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |
| 000016A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000011 | PLUMBERS AND PIPEFITTERS LOCAL 422 | | | | | |
| 22 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T P.O. Box 8105 Aurora, IL 60507 | | | | | |
| | All-In-One-Rentals 202 East Maple Street New Lenox, IL 60451 | | | | | |
| | Allan J. Coleman Co. 5725 North Ravenswood Avenue Chicago, IL 60660 | | | | | |
| | Angie&apos;s List 1030 East Washignton Street Indianapolis, IN 46202 | | | | | |
| | Answer Connect P.O. Box 80040 Portland, OR 97280 | | | | | |
| | Auburn Supply 3850 West 167th Street Markham, IL 60428 | | | | | |
| | Beaver Creek Enterprises 801 Rowell Avenue Joliet, IL 60433 | | | | | |
| | Berland&apos;s House of Tools 1530 Centre Circle Drive Downers Grove, IL 60515 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bill Kay Ford c/o Stephen S. Herseth 10 S. Wacker Dr., Suite 2300 Chicago, IL 60606 | | | | | |
| | Capitol One Bank P .0. Box 71083 Charlotte, NC 28272 | | | | | |
| | Clarke&apos;s Trenching 6965 Margarets Courtyard Tinley Park, IL 60477 | | | | | |
| | Com Ed PO Box 6111 Carol Stream, IL 60197 | | | | | |
| | Com cast CT Corporation System 208 S. LaSalle St., Suite 814 Chicago, IL 60604 | | | | | |
| | Connor Co. 694 Heartland Drive Sugar Grove, IL 60554 | | | | | |
| | Crawford Supply 9645 West Willow Lane Mokena, IL 60448 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197 | | | | | |
| | Diversified Adjustment Serv Sprint P.O. Box 32145 Minneapolis, MN 55432 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | East Jordan Iron Works Department 59601 P.O. Box 67000 Detroit, Ml 48267 | | | | | |
| | Fastenal P.O. Box 1286 Winona, MN 55987 | | | | | |
| | Ferguson Enterprises 1401 North Cicero Avenue Chicago, IL 60651 | | | | | |
| | Find A Plumber 44887 Emerson Drive Whitman, NE 69366 | | | | | |
| | Finn Ill, Charles H. 1420 Edmonds Ave. New Lenox, IL 60451 | | | | | |
| | Finn, Jr., Charles H. 13207 W. Regan Rd. Mokena, IL 60448 | | | | | |
| | Foster Painting 7287 East 5270 S. Road Saint Anne, IL 60964 | | | | | |
| | G&K Services 8201 S. Cork Ave. Justice, IL 60458-1718 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G.E. Kloos Material Co. P.O. Box 516 ·Blue Island, IL 60406 | | | | | |
| | Grainger Dept. 874652332 Palatine, IL 60038 | | | | | |
| | HD Supply Waterworks P.O. Box 1419 Thomasville, GA 31799 | | | | | |
| | Hartz Construction Co., Inc. 9026 Heritage Parkway Woodridge, IL 60517 | | | | | |
| | Home pages P.O. Box 982 DeKalb, IL 60115 | | | | | |
| | Illinois Tollway P .0. Box 5201 Lisle, IL 60532 | | | | | |
| | James E. Hearns & Assoc. 600 East Lincoln Wighway P.O. Box 399 New Lenox, IL 60451 | | | | | |
| | Kuhlman Properties, Inc. 8805 W. 92nd Pl. Hickory Hills, IL 60457 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laborer&apos;s District Council 999 McClintock Drive #300 Willowbrook, IL 60527 | | | | | |
| | Laborers International Union of North America Local 5 134 North Halsted Street Chicago Heights, IL 60411 | | | | | |
| | Laner Muchin 515 North State Street #2800 Chicago, IL 60654 | | | | | |
| | Leep&apos;s Supply Company 8001 Tyler Street Merrillville, IN 46410 | | | | | |
| | Liberty Surety First 9450 Seward Road Fairfield, OH 45014 | | | | | |
| | Lowe&apos;s Business Account P.O. Box 530970 Atlanta, GA 30353 | | | | | |
| | M&M Glass 4047 West 147th Street Midlothian, IL 60445 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M. Cooper Supply Co. 8605 Spring Lake Drive Mokena, IL 60448 | | | | | |
| | M. Cooper Supply Co. 8605 Spring Lake Drive Mokena, IL 60448 | | | | | |
| | Markelz Office Supplies 121 F Airport Drive Joliet, IL 60431 | | | | | |
| | Meco Erection, Inc. 6180 GunCiub Road Morris, IL 60450 | | | | | |
| | Medworks - Health Services Systems P.O. Box 593 Bedford Park, IL 60499 | | | | | |
| | Micro-Base Technologies 10613 Connemara Court Mokena, IL 60448 | | | | | |
| | Nexstar Network 125 Little Canada Road W Saint Paul, MN 55117 | | | | | |
| | Nicor Gas P .0. Box 0632 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Norwalk Tank Co. 2121 Maple Road Joliet, IL 60432 | | | | | |
| | Plumbers Pipefitters Local 422 2114 I-80 South Frontage Road Joliet, IL 60436 | | | | | |
| | RBS Worldpay 600 Morgan Falls Road Atlanta, GA 30350 | | | | | |
| | Receivable Management Corporation 400 West Cummings Park #4450 Woburn, MA 01801 | | | | | |
| | Roberts Tire Homer Glen 15741 South Bell Road Homer Glen, IL 60491 | | | | | |
| | Robin Philip Jesk & Associates 15150 South Cicero Avenue Oak Forest, IL 60452 | | | | | |
| | Roche, Scholz, Roche & Walsh 10310 Orland Parkway #202 Orland Park, IL 60467 | | | | | |
| | SG Supply Co. 12900 South Throop Street Riverdale, IL 60827 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Safeguard 1129 Fairview Avenue Westmont, IL 60559 | | | | | |
| | Sam&apos;s Club Discovery/GEMS P .0. Box 960013 Orlando, FL 32896 | | | | | |
| | Servicemagic 14023 Denver West Parkway #200 Golden, CO 80401 | | | | | |
| | Sid Kamp, Inc. 8118 West 189th Street Mokena, IL 60448 | | | | | |
| | Smith Bros. Garden Center 2601 East Lincoln Highway New Lenox, IL 60451 | | | | | |
| | Sprint P.O. Box 4181 Carol Stream, IL 60197 | | | | | |
| | Statewide Supply 7352 Carlin Court #1 Dane, WI 53529 | | | | | |
| | Transport Towing, Inc. 2615 Brandon Road Joliet, IL 60436 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tru-Biue Sewer & Water P.O. Box 848 New Lenox, IL 60451 | | | | | |
| | United Rentals 525 Julie Rivers #200 Sugar Land, TX 77478 | | | | | |
| | Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002 | | | | | |
| | Village of Frankfort 432 West Nebraska Street Frankfort, IL 60423 | | | | | |
| | Vonage Receivable Management Services 1000 Cir. 75 Parkway, Suite 400 Atlanta, GA 30339 | | | | | |
| | Wolverine Brass, Inc. P.O. Box 890713 Charlotte, NC 28289 | | | | | |
| 000017 | % AT&T SERVICES INC. | | | | | |
| 000015 | AMERICAN EXPRESS BANK, FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CLERK OFF BANKRUPTCY COURT | | | | | |
| 000006 | CNH CAPITAL | | | | | |
| 000014 | ENERGY INNOVATIONS | | | | | |
| 000002 | FIRST MIDWEST BANK | | | | | |
| 000018 | GE MONEY BANK | | | | | |
| 000005 | HOMEPAGES | | | | | |
| | INTERNAL REVENUE SERVICE | | | | | |
| 000020 | LABORERS' PENSION AND WELFARE FUND | | | | | |
| 000012 | METROPOLITAN INDUSTRIES | | | | | |
| 000009 | OHIO CASUALTY C/O | | | | | |
| 000004 | PLUMBERS PENSION FUND, LOCAL 130, U | | | | | |
| 000010 | WM. F. MEYER CO. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000013 | IMARC, LLC | | | | | |
| 000001 | KELLY SERVICES INC. | | | | | |
| 000019 | NUWAY DISPOSAL SERVICE | | | | | |
| 000008 | RELIABLE FIRE EQUIPMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 10-36348 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | | | | Date Filed (f) or Converted (c): | 08/13/10 (f) |
| | | | | | 341(a) Meeting Date: | 09/16/10 |
| For Period Ending: | 12/12/14 | | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. State Bank Of Countryside-scheduled | 801.51 | 0.00 | | 0.00 | FA |
| 2. First Midwest Bank-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 3. First Midwest Bank-scheduled | 2,199.98 | 0.00 | | 0.00 | FA |
| 4. 2 computers-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 5. 6 year old server-scheduled | 200.00 | 0.00 | | 0.00 | FA |
| 6. Copier-scheduled | 150.00 | 0.00 | | 0.00 | FA |
| 7. 3 desks, file cabinets, chairs, furniture-schedu | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Machinery and equipment-scheduled | 34,800.00 | 0.00 | | 0.00 | FA |
| 9. Mitsuibshi forklift-scheduled    Listed for $3000-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 10. 2003 Ford E-350 van-scheduled    Listed for $2500-$3500 | Unknown | 0.00 | | 14,500.00 | FA |
| 11. 2003 Ford E-350 van-scheduled    Listed for $2500-$3500 | Unknown | 0.00 | | 8,000.00 | FA |
| 12. 2005 Ford E-350 van-scheduled    Listed for $3500-$6000 | Unknown | 0.00 | | 11,750.00 | FA |
| 13. 2005 Ford E350 van-scheduled    Listed for $3500-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 14. 2003 Ford E-350Super Duty Van-scheduled    Lited for $3500-$6000 | Unknown | 0.00 | | 0.00 | FA |
| 15. 1999 International Straight truck-scheduled    Listed for $6500-$7500 | Unknown | 0.00 | | 5,500.00 | FA |
| 16. 2000 Holden Trailer-scheduled    Listed for $2500-$4000 | Unknown | 0.00 | | 3,500.00 | FA |
| 17. 2006 Ford F150-scheduled    Listed for $12,000-$16,000 | Unknown | 0.00 | | 16,750.00 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 10-36348 | BL   Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | | | Date Filed (f) or Converted (c): | 08/13/10 (f) |
| | | | | 341(a) Meeting Date: | 09/16/10 |
| | | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Bond refund-usncheduled (u) | 0.00 | 313.00 | | 313.00 | FA |
| 19. Refund of distirubtion payment to IRS (u) | 0.00 | 6,948.05 | | 6,948.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.09 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $39,751.49 | $7,261.05 | | $67,268.14 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee has liquidated certain vehicles. with court aproval. The Trustee liquidated another vehicle with bankrutpcy

court approval. The Trustee employed an accoutant to prepare tax returns, which have been filed. the Trustee filed his

Final report and made the dsitribution

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-36348  -BL |
| Case Name: | CAL-SAG PLUMBING, INC. |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4465  Money Market Account |

| | |
|---|---|
| Taxpayer ID No: | *******5187 |
| For Period Ending: | 12/12/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/28/10 | | American Auction Assocites | Payment of receits form auction sale per court order | | 43,250.00 | | 43,250.00 |
| | | | DEPOSIT CHECK #4611 | | | | |
| | 15 | | Memo Amount:          5,500.00 | 1129-000 | | | |
| | | | Sale porceeds from 2005 Internation | | | | |
| | | | Sale porceeds from 2005 International | | | | |
| | 10 | | Memo Amount:          7,750.00 | 1129-000 | | | |
| | | | Sale proceeds for 2003  Ford | | | | |
| | 11 | | Memo Amount:          8,000.00 | 1129-000 | | | |
| | | | Sale of 2005 Ford E 350 van | | | | |
| | 12 | | Memo Amount:          7,000.00 | 1129-000 | | | |
| | | | Sale of 2005 Ford 350 van | | | | |
| | 10 | | Memo Amount:          6,750.00 | 1129-000 | | | |
| | | | Sale of 2003 Ford van | | | | |
| | 12 | | Memo Amount:          4,750.00 | 1129-000 | | | |
| | | | Sale of 2003 Ford van | | | | |
| | 16 | | Memo Amount:          3,500.00 | 1129-000 | | | |
| | | | 2000 Holden trailer | | | | |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 43,250.03 |
| 10/29/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.01 | 43,250.02 |
| 11/23/10 | 001001 | American Auction Associates | Payment of auctioneer's expenses | 3620-000 | | 1,719.83 | 41,530.19 |
| | | | per court order | | | | |
| 11/24/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | -0.01 | 41,530.20 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.35 | | 41,530.55 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.35 | | 41,530.90 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.35 | | 41,531.25 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.31 | | 41,531.56 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.35 | | 41,531.91 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.34 | | 41,532.25 |

Page Subtotals             43,252.08                1,719.83

FORM 2                                                                                    Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

Case No:          10-36348  -BL                    Trustee Name:              MICHAEL G. BERLAND
Case Name:        CAL-SAG PLUMBING, INC.           Bank Name:                 The Bank of New York Mellon
                                                   Account Number / CD #:     *******4465  Money Market Account
Taxpayer ID No:   *******5187
For Period Ending: 12/12/14                         Blanket Bond (per case limit):  $ 5,000,000.00
                                                   Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/05/11 | 17 | American Auction Services | Sale of Ford 150 per court order by American Auction | 1129-000 | 16,750.00 | | 58,282.25 |
| | | | DEPOSIT CHECK #4641 | | | | |
| 05/09/11 | 18 | Al Haut Agency | Bond refund payment | 1224-000 | 313.00 | | 58,595.25 |
| | | | DEPOSIT CHECK #4465 | | | | |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.30 | | 58,596.55 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 58,597.03 |
| 07/12/11 | 001002 | American Auction Associates | Payment of auctioneer's expenses | 3620-000 | | 912.08 | 57,684.95 |
| | | | per court order | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.49 | | 57,685.44 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 57,685.92 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 134.34 | 57,551.58 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -109.34 | 57,660.92 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.47 | | 57,661.39 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 118.43 | 57,542.96 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 57,543.44 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 114.30 | 57,429.14 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.46 | | 57,429.60 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.88 | 57,303.72 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.48 | | 57,304.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 117.74 | 57,186.46 |
| 01/18/12 | 001003 | Gloria Longest | Payment of accountant for | 3410-000 | | 500.00 | 56,686.46 |
| | | | preparation of tax returns per court order | | | | |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.37 | | 56,686.83 |
| 01/25/12 | | Transfer to Acct #*******4794 | Bank Funds Transfer | 9999-000 | | 56,686.83 | 0.00 |

                                        Page Subtotals           17,068.01        58,600.26

                                                                                    Ver: 18.03a
LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

FORM 2                                                                                                    Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-36348  -BL | |
| Case Name: | CAL-SAG PLUMBING, INC. | |
| | | |
| Taxpayer ID No: | *******5187 | |
| For Period Ending: | 12/12/14 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4465  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 43,250.00 | COLUMN TOTALS | | 60,320.09 | 60,320.09 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 56,686.83 | |
| | | Subtotal | | 60,320.09 | 3,633.26 | |
| Memo Allocation Net: | 43,250.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 60,320.09 | 3,633.26 | |

Page Subtotals                                    0.00                    0.00

Ver: 18.03a

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-36348  -BL | |
| Case Name: | CAL-SAG PLUMBING, INC. | |
| | | |
| Taxpayer ID No: | *******5187 | |
| For Period Ending: | 12/12/14 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******4466  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals                    0.00              0.00

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

Case No:        10-36348  -BL  
Case Name:    CAL-SAG PLUMBING, INC.

Taxpayer ID No:   *******5187  
For Period Ending:    12/12/14

Trustee Name:        MICHAEL G. BERLAND  
Bank Name:        Congressional Bank  
Account Number / CD #:        *******4794 Checking Account

Blanket Bond (per case limit):    $  5,000,000.00  
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 01/25/12 | | Transfer from Acct #*******4465 | Bank Funds Transfer | 9999-000 | 56,686.83 | | 56,686.83 |
| | 05/28/13 | 001001 | United States Treasury | Payment of taxes due IRS | 2810-000 | | 840.23 | 55,846.60 |
| | 10/23/13 | 001002 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 6,266.00 | 49,580.60 |
| | 10/23/13 | 001003 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL  60602 | Chapter 7 Expenses | 2200-000 | | 136.80 | 49,443.80 |
| | 10/23/13 | 001004 | Internal Revenue Service POB 7346 Philadelphia, Pennsylvania 19101 | Claim 22, Payment 100.00000% | 7100-000 | | 6,948.05 | 42,495.75 |
| * | 10/23/13 | 001005 | Plumbers and Pipefitters Local 422 Pension and Wel c/o John F. Etzkorn, Arnold and Kadjan 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 5400-003 | | 5,435.83 | 37,059.92 |
| | 10/23/13 | 001006 | Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, Illinois 60603 Attn. Amelia Yabes | Claim 000016A, Payment 100.00000% | 5300-000 | | 7,011.90 | 30,048.02 |
| * | 10/23/13 | 001007 | United States Bankruptcy Court IL | Claim 000001, Payment 3.68044% Kelly Services Inc. 999 W. Big Beaver Troy, MI 48084 | 7100-003 | | 3.34 | 30,044.68 |
| | 10/23/13 | 001008 | First Midwest Bank c/o Greiman, Rome & Griesmeyer, P.C. 200 W. Madison St, Ste 755 Chicago, IL 60606 | Claim 000002, Payment 3.67855% | 7100-000 | | 5,973.99 | 24,070.69 |

Page Subtotals        56,686.83        32,616.14

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:            10-36348  -BL                              Trustee Name:       MICHAEL G. BERLAND
Case Name:          CAL-SAG PLUMBING, INC.                     Bank Name:          Congressional Bank
                                                               Account Number / CD #:   *******4794  Checking Account

Taxpayer ID No:     *******5187
For Period Ending:  12/12/14                                   Blanket Bond (per case limit):  $  5,000,000.00
                                                               Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/13 | 001009 | Plumbers Pension Fund, Local 130, U.A., et al. <br> c/o Douglas A. Lindsay <br> Lewis, Overbeck, & Furman, LLP <br> 20 North Clark Street Suite 3200 <br> Chicago, Illinois 60602 | Claim 000004, Payment 3.67854% | 7100-000 | | 3,266.84 | 20,803.85 |
| 10/23/13 | 001010 | Homepages <br> P.O. Box 982 <br> DeKalb, IL 60115 | Claim 000005, Payment 3.67852% | 7100-000 | | 199.71 | 20,604.14 |
| * 10/23/13 | 001011 | CNH Capital <br> P.O. Box 1083 <br> Evansville, IN 47706 | Claim 000006, Payment 3.67851% | 7100-003 | | 41.47 | 20,562.67 |
| 10/23/13 | 001012 | Capital One Bank (USA), N.A. <br> by American Infosource Lp As Agent <br> PO Box 71083 <br> Charlotte, NC 28272-1083 | Claim 000007, Payment 3.67850% | 7100-000 | | 55.25 | 20,507.42 |
| 10/23/13 | 001013 | Reliable Fire Equipment <br> 12845 South Cicero Avenue <br> Alsip, IL 60803 | Claim 000008, Payment 3.67888% | 7100-000 | | 17.07 | 20,490.35 |
| 10/23/13 | 001014 | Ohio Casualty c/o <br> Stuart Allan & Associates, Inc <br> 5447 East 5th St, Suite 110 <br> Tucson, AZ 85711-2345 | Claim 000009, Payment 3.67855% | 7100-000 | | 1,195.53 | 19,294.82 |
| 10/23/13 | 001015 | Wm. F. Meyer Co. <br> 1855 East New York Street, P.O. Box 37 <br> Aurora, IL 60507 | Claim 000010, Payment 3.67856% | 7100-000 | | 938.37 | 18,356.45 |
| 10/23/13 | 001016 | Metropolitan Industries <br> 37 Forestwood Drive <br> Romeoville, IL 60446 | Claim 000012, Payment 3.67844% | 7100-000 | | 144.09 | 18,212.36 |
| 10/23/13 | 001017 | IMarc, LLC <br> 609 Ninth Street | Claim 000013, Payment 3.67776% | 7100-000 | | 21.16 | 18,191.20 |

Page Subtotals                                                          0.00        5,879.49

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-36348  -BL |
| Case Name: | CAL-SAG PLUMBING, INC. |
| Taxpayer ID No: | *******5187 |
| For Period Ending: | 12/12/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4794 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/13 | 001018 | P.O. Box 290<br>De Witt, IA 52742<br>Attn: Melissa Henson<br>Energy Innovations | Claim 000014, Payment 3.67857% | 7100-000 | | 57.85 | 18,133.35 |
| 10/23/13 | 001019 | c/o Stein & Rotman<br>105 W. Madison St. #600<br>Chicago, Il 60602<br>American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000015, Payment 3.67851% | 7100-000 | | 131.66 | 18,001.69 |
| * 10/23/13 | 001020 | United States Bankruptcy Court<br>IL | Claim 000016B, Payment 3.67692%<br>Illinois Department of Employment Security<br>33 South State Street 10th Floor<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | 7100-003 | | 4.78 | 17,996.91 |
| 10/23/13 | 001021 | % AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000017, Payment 3.67849% | 7100-000 | | 33.01 | 17,963.90 |
| 10/23/13 | 001022 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 3.67837% | 7100-000 | | 52.55 | 17,911.35 |
| 10/23/13 | 001023 | NuWay Disposal Service<br>P.O. Box 9<br>Mokena, IL 60448 | Claim 000019, Payment 3.68095% | 7100-000 | | 6.29 | 17,905.06 |
| 10/23/13 | 001024 | Laborers' Pension and Welfare Fund<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604 | Claim 000020, Payment 3.67855% | 7100-000 | | 17,905.06 | 0.00 |

| | | | Page Subtotals | | 0.00 | 18,191.20 | |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:            10-36348  -BL
Case Name:      CAL-SAG PLUMBING, INC.

Taxpayer ID No:  *******5187
For Period Ending:  12/12/14

Trustee Name:       MICHAEL G. BERLAND
Bank Name:          Congressional Bank
Account Number / CD #:      *******4794  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 10/28/13 | 001020 | United States Bankruptcy Court IL | Claim 000016B, Payment 3.67692% Voided tranaction I am going to send the small check to the creditor since it is also receiving a larger check | 7100-003 | | -4.78 | 4.78 |
| | 10/28/13 | 001025 | Illinois Department Of Employment Securty | Claim 000016B, Payment 3.67692% Illinois Department of Employment Security 33 South State Street 10th Floor Chicago, Illinois 60603 Attn. Amelia Yabes | 7100-000 | | 4.78 | 0.00 |
| * | 01/29/14 | 001007 | United States Bankruptcy Court IL | Claim 000001, Payment 3.68044% | 7100-003 | | -3.34 | 3.34 |
| | 01/29/14 | 001026 | United States Bankruptcy Court IL | Claim 000001, Payment 3.68044% Kelly Services Inc. 999 W. Big Beaver Troy, MI 48084 | 7100-000 | | 3.34 | 0.00 |
| * | 02/20/14 | 001005 | Plumbers and Pipefitters Local 422 Pension and Wel c/o John F. Etzkorn, Arnold and Kadjan 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 5400-003 | | -5,435.83 | 5,435.83 |
| | 02/20/14 | 001027 | Plumbers and Pipefitters Local 422 l c/o John F. Etzkorn, Arnold and Kadjan 19 W. Jackson Blvd., Suite 300 Chicago, IL 60604 | Claim 000011, Payment 100.00000% | 5400-000 | | 5,435.83 | 0.00 |
| | 05/28/14 | 19 | Internal Revenue Service | Refund of distirbution payment | 1229-000 | 6,848.05 | | 6,848.05 |
| | 05/28/14 | 19 | Internal Revenue Service | Refund of distribution payment | 1229-000 | 100.00 | | 6,948.05 |
| * | 07/15/14 | 001011 | CNH Capital P.O. Box 1083 Evansville, IN 47706 | Claim 000006, Payment 3.67851% Check not cashed | 7100-003 | | -41.47 | 6,989.52 |
| | 08/06/14 | 001028 | Internal Revenue Service POB 7346 Philadelphia, Pennsylvania 19101 | Claim 22, Payment 100.00000% | 5800-000 | | 100.00 | 6,889.52 |

Page Subtotals      6,948.05      58.53

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

# FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-36348  -BL | | | | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|---|
| Case Name: | CAL-SAG PLUMBING, INC. | | | | | Bank Name: | Congressional Bank |
| | | | | | | Account Number / CD #: | *******4794  Checking Account |
| Taxpayer ID No: | *******5187 | | | | | | |
| For Period Ending: | 12/12/14 | | | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/06/14 | 001029 | Internal Revenue Service | General Unsecured 726(a)(2) | 7100-000 | | 306.74 | 6,582.78 |
| | 08/06/14 | 001030 | First Midwest Bank | Claim 000002, Payment 0.80080% | 7100-000 | | 1,300.50 | 5,282.28 |
| | | | c/o Greiman, Rome & Griesmeyer, P.C. | | | | | |
| | | | 200 W. Madison St, Ste 755 | | | | | |
| | | | Chicago, IL 60606 | | | | | |
| | 08/06/14 | 001031 | Plumbers Pension Fund, Local 130, U.A., et al. | Claim 000004, Payment 0.80081% | 7100-000 | | 711.18 | 4,571.10 |
| | | | c/o Douglas A. Lindsay | | | | | |
| | | | Lewis, Overbeck, & Furman, LLP | | | | | |
| | | | 20 North Clark Street Suite 3200 | | | | | |
| | | | Chicago, Illinois 60602 | | | | | |
| | 08/06/14 | 001032 | Homepages | Claim 000005, Payment 0.80087% | 7100-000 | | 43.48 | 4,527.62 |
| | | | P.O. Box 982 | | | | | |
| | | | DeKalb, IL 60115 | | | | | |
| * | 08/06/14 | 001033 | CNH Capital | Claim 000006, Payment 4.47949% | 7100-003 | | 50.50 | 4,477.12 |
| | | | P.O. Box 1083 | | | | | |
| | | | Evansville, IN 47706 | | | | | |
| | 08/06/14 | 001034 | Capital One Bank (USA), N.A. | Claim 000007, Payment 0.80095% | 7100-000 | | 12.03 | 4,465.09 |
| | | | by American Infosource Lp As Agent | | | | | |
| | | | PO Box 71083 | | | | | |
| | | | Charlotte, NC 28272-1083 | | | | | |
| | 08/06/14 | 001035 | Ohio Casualty c/o | Claim 000009, Payment 0.80080% | 7100-000 | | 260.26 | 4,204.83 |
| | | | Stuart Allan & Associates, Inc | | | | | |
| | | | 5447 East 5th St, Suite 110 | | | | | |
| | | | Tucson, AZ 85711-2345 | | | | | |
| | 08/06/14 | 001036 | Wm. F. Meyer Co. | Claim 000010, Payment 0.80081% | 7100-000 | | 204.28 | 4,000.55 |
| | | | 1855 East New York Street, P.O. Box 37 | | | | | |
| | | | Aurora, IL 60507 | | | | | |
| | 08/06/14 | 001037 | Metropolitan Industries | Claim 000012, Payment 0.80084% | 7100-000 | | 31.37 | 3,969.18 |
| | | | 37 Forestwood Drive | | | | | |
| | | | Romeoville, IL 60446 | | | | | |

| | | | | Page Subtotals | 0.00 | 2,920.34 |
|---|---|---|---|---|---|---|

Ver: 18.03a

FORM 2

Page:    10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-36348  -BL |
| Case Name: | CAL-SAG PLUMBING, INC. |
| Taxpayer ID No: | *******5187 |
| For Period Ending: | 12/12/14 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4794  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/06/14 | 001038 | Energy Innovations<br>c/o Stein & Rotman<br>105 W. Madison St. #600<br>Chicago, Il 60602 | Claim 000014, Payment 0.80121% | 7100-000 | | 12.60 | 3,956.58 |
| 08/06/14 | 001039 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000015, Payment 0.80102% | 7100-000 | | 28.67 | 3,927.91 |
| 08/06/14 | 001040 | % AT&T Services Inc.<br>Attorney: James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 000017, Payment 0.80011% | 7100-000 | | 7.18 | 3,920.73 |
| 08/06/14 | 001041 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 0.80147% | 7100-000 | | 11.45 | 3,909.28 |
| 08/06/14 | 001042 | Laborers' Pension and Welfare Fund<br>111 W. Jackson Blvd., Suite 1415<br>Chicago, IL 60604 | Claim 000020, Payment 0.80080% | 7100-000 | | 3,897.83 | 11.45 |
| 08/06/14 | 001043 | CLERK OF THE COURT<br>219 S. Dearborn<br>Chicago, IL | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #      CLAIM #      DIVIDEND<br>===========================<br>1      000001      0.72<br>8      000008      3.71<br>13      000013      4.61<br>17      000016B      1.05<br>20      000019      1.36 | <br><br><br><br>7100-001<br>7100-001<br>7100-001<br>7100-001<br>7100-001 | | 11.45 | 0.00 |
| * 10/03/14 | | Congressional Bank | BANK SERVICE FEE | 2600-003 | | 10.00 | -10.00 |
| | | | Page Subtotals | | 0.00 | 3,979.18 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

Ver: 18.03a

FORM 2    Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:           10-36348  -BL
Case Name:     CAL-SAG PLUMBING, INC.

Trustee Name:              MICHAEL G. BERLAND
Bank Name:                  Congressional Bank
Account Number / CD #:     *******4794  Checking Account

Taxpayer ID No:  *******5187
For Period Ending:  12/12/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 10/17/14 | | Reverses Adjustment OUT on 10/03/14 | BANK SERVICE FEE | 2600-003 | | -10.00 | 0.00 |
| * | 11/17/14 | 001033 | CNH Capital | Claim 000006, Payment 4.47949% | 7100-003 | | -50.50 | 50.50 |
| | | | P.O. Box 1083 | Check never cashed | | | | |
| | | | Evansville, IN 47706 | | | | | |
| | 11/17/14 | 001044 | Clerk Off Bankruptcy Court | Unclaimed Funds | 7100-000 | | 50.50 | 0.00 |
| | | | | Unclaimed funds to Bankruptcy Court | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 63,634.88 | 63,634.88 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 56,686.83 | 0.00 | |
| | | Subtotal | 6,948.05 | 63,634.88 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 6,948.05 | 63,634.88 | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 43,250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******4465 | 60,320.09 | 3,633.26 | 0.00 |
| | | Checking Account - *******4466 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 43,250.00 | Checking Account - *******4794 | 6,948.05 | 63,634.88 | 0.00 |
| | | | ------------------- | ------------------- | ------------------- |
| | | | 67,268.14 | 67,268.14 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              -10.00